**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2147**

RASHAD RANZY,

      Plaintiff - Appellant,

   v.

CRUMLEY ROBERTS, LLP,

      Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:20-cv-00477-FDW-DCK)

Submitted: October 27, 2021           Decided: November 17, 2021

Before KING and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rashad Ranzy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashad Ranzy appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ranzy v. Crumley Roberts LLP*, No. 3:20-cv-00477-FDW-DCK (W.D.N.C. Sept. 25, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*